P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

0 2 1M          $ 00.40⁶
00042779596   FEB 26 2015
MAILED FROM ZIP CODE 78701

Discharged

UTF

RE: WR-82,759-01

DUSTIN JAMES HYMAN
GOREE UNIT - TDC # 1409696

U TF